JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>      Plaintiffs,<br><br>  vs.<br><br>LUBANKO BROTHERS, INC,, a California corporation,<br><br>      Defendant. | CASE NO.: EDCV08-00816 VAP (CWx)<br><br>Assigned to the Honorable Virginia A. Phillips<br><br>**JUDGMENT** |

///
///
///
///
///
///
///
///

1

Judgment

ED08CV00816VAP-LUBANKO BROS - Prop Ord for Jdgmt.doc

1     This action having been commenced on June 17, 2008, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Operating Engineers Pension Trust, et al., and against defendant Lubanko Brothers, Inc. a California corporation, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from defendant Lubanko Brothers, Inc. a California corporation, the principal amount of $289,980.98, together with post-judgment interest as provided by law, from the date judgment is entered until paid in full.

Dated: January 18, 2012

_____
UNITED STATES DISTRICT JUDGE